No. 78–44. PEMBERTON v. SPERANDIO. Sup. Ct. Mo. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kulko* v. *Superior Court of California*, 436 U. S. 84 (1978).

No. 8, Orig. ARIZONA v. CALIFORNIA ET AL. Motion of Donald D. Stark for leave to file a brief as *amicus curiae* granted. [For earlier order herein, see, *e. g.*, 438 U. S. 912.]

No. 77, Orig. TENNESSEE v. ARKANSAS. Motion for leave to file bill of complaint granted and defendant allowed 60 days in which to answer.

No. 78, Orig. CALIFORNIA v. ARIZONA ET AL. Motion for leave to file bill of complaint set for oral argument in due course.

No. 79, Orig. OKLAHOMA v. ARKANSAS. Motion for leave to file bill of complaint granted and defendant allowed 60 days in which to answer.

No. 76–1310. HOUCHINS, SHERIFF v. KQED, INC., ET AL., 438 U. S. 1. Motion to retax costs denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 77–120. DOUGHERTY COUNTY, GEORGIA, BOARD OF EDUCATION, ET AL. v. WHITE. D. C. M. D. Ga. [Probable jurisdiction noted, 435 U. S. 921.] Motion of appellee for divided argument granted.

No. 77–803. BARRY, CHAIRMAN, RACING AND WAGERING BOARD OF NEW YORK, ET AL. v. BARCHI. D. C. S. D. N. Y. [Probable jurisdiction noted, 435 U. S. 921.] Motions of Harness Horsemen International, Inc., and Horsemen's Benevolent & Protective Assn. for leave to file briefs as *amici curiae* granted.